FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 DEC 11  PM 3: 28

CLERK _____
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

ANTHONY GINWRIGHT,
a/k/a Rahim Shabazz,

        Plaintiff,

    v.                                                 CIVIL ACTION NO.: CV506-063

RONNIE H. McQUAIG, Sheriff; DANNY
CHRISTMAS, Former Jail Administrator;
Chief CADEY; Major ROYAL;
Lt. GWINN; Lt. RYALS; Sgt. SMART;
Sgt. BLUE; Sgt. HENDERSON;
Sgt. PRESTON; Cpl. DOE, and
Cpl. SHULMAN,

        Defendants.

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his administrative remedies.  The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this _11th_ day of _DECEMBER_____, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)